

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Kentucky_
_Louisville_ DIVISION

*(Write the District and Division, if any, of*
*the court in which the complaint is filed.)*

FILED US
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
19 MAR 22  PM 12: 57

---

KIMBERLY TAYLOR SALAMA

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

-against-

Humana - Jennifer Starr, Esg.
CARL Eugene
Avalon Barker Blais

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**Complaint for Employment**
**Discrimination**

Case No. _3:19-CV-219-RGJ_
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☒ No
            *(check one)*

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name KIMBERLY TAYLOR SALAMA

Street Address PO Box 951  80 Spring Drive

City and County Shelbyville, Shelby County

State and Zip Code Kentucky 40065

Telephone Number 502-257-4168

E-mail Address SALAMANyemeo@yahoo.com

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name Humana  - Jennifer Starr, Esq

Job or Title (if known) Senior Legal Counsel, Agent

Street Address 500 W. Main Street  27th floor

City and County Louisville   Jefferson County

State and Zip Code Kentucky  40202

Telephone Number 502-580-1000

E-mail Address (if known)

Defendant No. 2

Name Carl Eugene

Job or Title (if known) Manager - Humana

Street Address 500 W. Main Street  27th Floor

City and County Louisville   Jefferson County

2

State and Zip Code   *Kentucky      40202*

Telephone Number   *502-580-1000*

E-mail Address
(if known)

Defendant No. 3

Name   *Avalon Barker Blais*

Job or Title
(if known)   *Supervisor - Humana*

Street Address   *500 W Main Street 27th Fl*

City and County   *Louisville      Jefferson County*

State and Zip Code   *Kentucky      40202*

Telephone Number   *502-580-1000*

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s)
is:

Name   *Humana*

Street Address   *101 E Main Street*

City and County   *Louisville      Jefferson County*

State and Zip Code   *Kentucky      40202*

Telephone Number   *502-580-1000*

II.     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐       Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐       Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑       Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐       Other federal law *(specify the federal law)*:

_____

☐       Relevant state law *(specify, if known)*:

_____

☐       Relevant city or county law *(specify, if known)*:

_____

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Retaliation:

Other Humana employees with similar or worst numbers than mine were not treated like I was. They were not given a final warning.

Other Humana employees with similar or worst numbers than mine were not retaliated against even though they did not meet Reach or Bonus. They were treated better and differently than I.

Other Humana employees with similar or lower performance than mine were not terminated. Even though there numbers and performance were worse than mine they still have their job.

Other Humana employees with similar or lower performance than mine were treated better than me and did not face the same scrutiny I did due to my disability.

Other Humana employees with similar or higher idle than mine were not terminated.


Wrongful Termination:

Humana (Avalon Barker Blais, Carl Eugene) never provided me with a reason why I was being terminated.

To this day, I still do not know why I was terminated.

In 2019 after I was terminated, Humana sent me another bonus check for excellent work. So my question is why was I terminated if I got a bonus check for excellent work. The termination was due to my disability and retaliation.

Humana leaders: Avalon Barker Blais, Carl Eugene refused to correct my numbers for December as I requested. Instead they knowingly used incorrect date and used that to wrongfully terminate my employment.

I followed all of the requirements, policies and procedures of Humana and should not have been terminated. I was retaliated against and wrongfully terminated due to my disability.

I have included all of the emails and documents to support this lawsuit.


Signed,

Kimberly Salama

I am bringing this lawsuit against Humana (Avalon Barker Blais, Carl Eugene) because I strongly believe no one who has a disability and need medical treatment should be discriminated against and they should not have to worry about losing their job while they are sick and fighting for their life or on their death bed.

No one at Humana should have to fear being retaliated against because they are disabled and have a disability. This happened to me.

No one at Humana should have to fear being terminated because they have a disability. This happened to me.

No one at Humana should have to choose between getting medical treatment or risk losing their job if they do. This happened to me.

Humana leaders: (Avalon Barker Blais, Carl Eugene) put my health at risk by making me chose between getting medical treatment or keeping my job. When I chose to get medical treatment and use FMLA, I was retaliated against by Humana leaders: Avalon Barker Blais, Carl Eugene.

When I got off FMLA and returned to normal work, Humana leaders: Avalon Barker Blais, Carl Eugene, retaliated against me due to my disability and wrongfully terminated my employment due to my disability.

Humana caused me to put my own health at risk by being afraid and hesitant to seek medical treatment in fear of losing my job. I almost died at work due to fear of retaliation and threat of termination. My doctor advised me to get medical treatment otherwise I would die. When I followed my doctor's instructions and followed the FMLA procedures, I was retaliated against by Humana leaders: Avalon Barker Blais, Carl Eugene. I was then given a final warning and wrongfully terminated.

The ADA law specifically protects people with a disability from being targeted due to their disability. The ADA law prohibits retaliation and termination of an employee based on their disability. Humana violated the ADA laws.

Humana violated the ADA laws by allowing it leaders: Avalon Barker Blais, Carl Eugene to discriminate against me due to my disability.

Humana violated ADA laws by not providing accommodations and not responding to my formal written request for accommodations.

Humana violated the ADA laws by allowing its leaders: Avalon Barker Blais, Carl Eugene to retaliate against me due to my disability.

Humana violated the ADA laws by allowing its leaders: Avalon Barker Blais, Carl Eugene to wrongfully terminate my employment due to my disability.

I have recorded and save all of the emails and notes regarding this disability retaliation actions, disability discrimination, and wrongful termination since 2017 when I became ill and almost died and therefore resulting in my disability. I filed the first EEOC complaint in September 2018. I was then subsequently wrongfully terminated in 2019. This is when I filed the second EEOC complaint in February 2019 and having been issued a right to sue.

Here is a general timeline of events:

I became ill on or about 2017. My doctor placed me on FMLA and I had intense medical treatment. My doctor said I was supposed to be dead.

2016- I never had any problems with my employer or work prior to getting ill and getting a disability. I received Bonus- Reach award for excellent performance based on production and quality. I receive Dollar Bucks for excellent attendance.

2017- With my doctor's approval, I asked for a ADA accommodation due to my disability. Since that point the retaliation and discrimination started. I notified Human Resources of this issue and they had to intervene in no less than 10 issues regarding this matter. It continued and they did nothing to resolve it. Nonetheless, I received Bonus- Reach award for excellent performance based on production and quality. I receive Dollar Bucks for excellent attendance.

2018- I was given a final warning due to idle time. I notified my employer this was out of my control and due to my disability and not willful neglect. It was not something I could control. Humana leaders: Avalon Barker Blais, Carl Eugene coached me on my disability and said I had to change. I informed them and HR this was due to my disability. I went to the EEOC and file a charge of disability discrimination. My work was excellent and my disability did not hinder my work. Therefore, I received Bonus- Reach award for excellent performance. I receive Dollar Bucks for excellent attendance.

2019- I informed Humana that my time for December 2018 was incorrect and did not contain my breaks and wellness time for the entire month- so the numbers were incorrect. Humana leaders refused to correct my numbers. I notified Human Resources of this and they were investigating the matter. Before HR could respond. Humana leaders: Avalon Barker Blais, Carl Eugene retaliated against me and wrongfully terminated my employment. Meanwhile, I received Bonus- Reach award for excellent performance. I receive Dollar Bucks for excellent attendance. So I could not understand why I was being terminated when I was given bonus for excellent work. I called Humana ethics hotline to report Avalon Barker Blais, Carl Eugene using false numbers to terminate me.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

        ☐      Failure to hire me.

        ☑      Termination of my employment.

        ☐      Failure to promote me.

        ☑      Failure to accommodate my disability.

        ☐      Unequal terms and conditions of my employment.

        ☑      Retaliation.

        ☐      Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

    *January 15, 2019* _____

C.    I believe that defendant(s) *(check one)*:

        ☑      is/are still committing these acts against me.

        ☐      is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

        ☐      race _____

        ☐      color_____

        ☐      gender/sex _____

        ☐      religion _____

        ☐      national origin _____

        ☐      age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

        ☑      disability or perceived disability *(specify disability)*
              *blood condition, mental health, anxiety disorder*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Humana leaders: (Avalon Barker Blais, Carl Eugene) put my health at risk by making me chose between getting medical treatment or keeping my job. When I chose to get medical treatment and use FMLA, I was retaliated against by Humana leaders: Avalon Barker Blais, Carl Eugene.

When I got off FMLA and returned to normal work, Humana leaders: Avalon Barker Blais, Carl Eugene, retaliated against me due to my disability and wrongfully terminated my employment due to my disability.

Humana caused me to put my own health at risk by being afraid and hesitant to seek medical treatment in fear of losing my job. I almost died at work due to fear of retaliation and threat of termination. My doctor advised me to get medical treatment otherwise I would die. When I followed my doctor's instructions and followed the FMLA procedures, I was retaliated against by Humana leaders: Avalon Barker Blais, Carl Eugene. I was then given a final warning and wrongfully terminated.

The ADA law specifically protects people with a disability from being targeted due to their disability. The ADA law prohibits retaliation and termination of an employee based on their disability. Humana violated the ADA laws.

Humana violated the ADA laws by allowing it leaders: Avalon Barker Blais, Carl Eugene to discriminate against me due to my disability.

Humana violated ADA laws by not providing accommodations and not responding to my formal written request for accommodations.

Humana violated the ADA laws by allowing its leaders: Avalon Barker Blais, Carl Eugene to retaliate against me due to my disability.

Humana violated the ADA laws by allowing its leaders: Avalon Barker Blais, Carl Eugene to wrongfully terminate my employment due to my disability.

I am bringing this lawsuit against Humana (Avalon Barker Blais, Carl Eugene) because I strongly believe no one who has a disability and need medical treatment should be discriminated against and they should not have to worry about losing their job while they are sick and fighting for their life or on their death bed.

No one at Humana should have to fear being retaliated against because they are disabled and have a disability. This happened to me. No one at Humana should have to fear being terminated because they have a disability. This happened to me.

No one at Humana should have to choose between getting medical treatment or risk losing their job if they do. This happened to me.

I have recorded and save all of the emails and notes regarding this disability retaliation actions, disability discrimination, and wrongful termination since 2017 when I became ill and almost died and therefore resulting in my disability. I filed the first EEOC complaint in September 2018. I was then subsequently wrongfully terminated in 2019. This is when I filed the second EEOC complaint in February 2019 and having been issued a right to sue.

Here is a general timeline of events:

I became ill on or about 2017. My doctor placed me on FMLA and I had intense medical treatment. My doctor said I was supposed to be dead.

2016- I never had any problems with my employer or work prior to getting ill and getting a disability. I received Bonus- Reach award for excellent performance based on production and quality. I receive Dollar Bucks for excellent attendance.

2017- With my doctor's approval, I asked for a ADA accommodation due to my disability. Since that point the retaliation and discrimination started. I notified Human Resources of this issue and they had to intervene in no less than 10 issues regarding this matter. It continued and they did nothing to resolve it. Nonetheless, I received Bonus- Reach award for excellent performance based on production and quality. I receive Dollar Bucks for excellent attendance.

2018- I was given a final warning due to idle time. I notified my employer this was out of my control and due to my disability and not willful neglect. It was not something I could control. Humana leaders: Avalon Barker Blais, Carl Eugene coached me on my disability and said I had to change. I informed them and HR this was due to my disability. I went to the EEOC and file a charge of disability discrimination. My work was excellent and my disability did not hinder my work. Therefore, I received Bonus- Reach award for excellent performance. I receive Dollar Bucks for excellent attendance.

2019- I informed Humana that my time for December 2018 was incorrect and did not contain my breaks and wellness time for the entire month- so the numbers were incorrect. Humana leaders refused to correct my numbers. I notified Human Resources of this and they were investigating the matter. Before HR could respond. Humana leaders: Avalon Barker Blais, Carl Eugene retaliated against me and wrongfully terminated my employment. Meanwhile, I received Bonus- Reach award for excellent performance. I receive Dollar Bucks for excellent attendance. So I could not understand why I was being terminated when I was given bonus for excellent work. I called Humana ethics hotline to report Avalon Barker Blais, Carl Eugene using false numbers to terminate me.

Retaliation:

Other Humana employees with similar or worst numbers than mine were not treated like I was. They were not given a final warning.

Other Humana employees with similar or worst numbers than mine were not retaliated against even though they did not meet Reach or Bonus. They were treated better and differently than I.

Other Humana employees with similar or lower performance than mine were not terminated. Even though there numbers and performance were worse than mine they still have their job.

Other Humana employees with similar or lower performance than mine were treated better than me and did not face the same scrutiny I did due to my disability.

Other Humana employees with similar or higher idle than mine were not terminated.


Wrongful Termination:

Humana (Avalon Barker Blais, Carl Eugene) never provided me with a reason why I was being terminated.

To this day, I still do not know why I was terminated.

In 2019 after I was terminated, Humana sent me another bonus check for excellent work. So my question is why was I terminated if I got a bonus check for excellent work. The termination was due to my disability and retaliation.

Humana leaders: Avalon Barker Blais, Carl Eugene refused to correct my numbers for December as I requested. Instead they knowingly used incorrect data and used that to wrongfully terminate my employment.

I followed all of the requirements, policies and procedures of Humana and should not have been terminated. I was retaliated against and wrongfully terminated due to my disability.

I have included all of the emails and documents to support this lawsuit.


Signed,

Kimberly Salama

*Please see attachments.*
*Retaliation due to disability*
*Wrongful termination due to disability*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   *February 1, 2019*

B.   The Equal Employment Opportunity Commission *(check one)*:

   ☐   has not issued a Notice of Right to Sue letter.

   ☑   issued a Notice of Right to Sue letter, which I received on *(date)*
       *February 5, 2019*                                                      .

       *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☐   60 days or more have elapsed.

   ☐   less than 60 days have elapsed.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_I am requesting my job back & lost wages_
_(OR)_
_I am requesting a severance package of: $50,000_

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _March 22_, 20_19_.

Signature of Plaintiff      _Kimberly Salama_
Printed Name of Plaintiff   _Kimberly Salama_
_PO Box 781 80 Spruce Drive_
_Shelbyville, KY 40065_
_502-252-4168_

7

**B.      For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |